IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID EDENS and RHONDA EDENS, individually and as next of kin of Zachery Edens, deceased, and EDENS STRUCTURAL SOLUTIONS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE NETHERLANDS INSURANCE COMPANY,<br><br>Defendant. | Case No. 14-CV-377-GKF-TLW |

## JUDGMENT

This matter has come before the court and the court has entered an order granting the Motion for Summary Judgment of defendant The Netherlands Insurance Company.

It is therefore ordered that plaintiffs David Edens, Rhonda Edens, and Edens Structural Solutions LLC recover nothing, the action be dismissed on the merits, and defendant The Netherlands Insurance Company recover costs from plaintiffs David Edens, Rhonda Edens, and Edens Structural Solutions LLC.

ENTERED this 31st day of August, 2015.

GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT